No. 97–8816. SHOWN v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 97–8817. SMITH v. JARVIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–8819. ZANKICH v. GOODNOW. C. A. 9th Cir. Certiorari denied.

No. 97–8820. ALLMOND v. FAUVER ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8821. BOATWRIGHT v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–8823. MONLYN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8834. FERGUSON v. JOHNSON ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–8840. ROBERTS v. BATTELLE MEMORIAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 97–8843: RAYBORN v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8851. BROOKS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–8855. WASHINGTON v. SERVICE EMPLOYEES' INTERNATIONAL UNION, LOCAL 50, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8857. WHITE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8866. FRANKLIN v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 97–8876. NARY v. HENNESSEY, SHERIFF, SAN FRANCISCO COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.